UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MYRON S. TONGUE,

                Plaintiff,

v.                                       5:07-CV-857
                                                (DNH/GHL)

TRUGREEN LIMITED PARTNERSHIP,

                Defendants.
_____

### ORDER OF RECUSAL

      Bond, Schoeneck & King, PLLC, has appeared in this matter. The undersigned was a partner in that firm and now receives certain retirement benefits from the firm. Therefore, pursuant to 28 U.S.C. § 455 (a), recusal is necessary.

      **WHEREFORE**, it is hereby

      **ORDERED**, that the Clerk enter this Order of Recusal; and it is further

      **ORDERED**, that the Clerk randomly reassign this case to another Magistrate Judge in the Northern District of New York, with the assigned District Judge, Hon. David N. Hurd, to remain the same; and it is further

      **ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties.


Dated: January 7, 2008
       Syracuse, New York

                                                  George H. Lowe
                                                  United States Magistrate Judge